IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:17-10003-5-STA |
| ) | |
| RONRICUS CHAPMAN, ) | |
| ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA**

---

This cause came to be heard on August 14 , 2017, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Ronricus Chapman, appearing in person, and with counsel, Jennifer Free.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, NOVEMBER 27, 2017 at 9:30 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 14th day of August, 2016.

                                                        s/ S. Thomas Anderson
                                                        CHIEF JUDGE, U. S. DISTRICT COURT