IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. 17-cr-10003-STA-5 |
| ) | |
| RONRICUS CHAPMAN, ) | |
| ) | |
| Defendant. ) | |

### ORDER DIRECTING THE GOVERNMENT TO RESPOND

On April 30, 2020, Defendant Ronricus Chapman addressed a letter (ECF No. 396) to the Court, requesting compassionate release under the First Step Act's compassionate release provision in light of the ongoing COVID-19 pandemic. Chapman stated that he suffers from chronic health issues that put him at greater risk from suffering complications in the event that he contracted the coronavirus that causes COVD-19. Chapman also included a letter from his wife Shauntel Chapman, attesting to Chapman's serious health conditions and his rehabilitation efforts while incarcerated. The Court denied Chapman's initial request based on the fact that he had not shown that he had exhausted his administrative remedies, which is a mandatory prerequisite to filing a motion for compassionate release. *See United States v. Alam*, --- F.3d ---, No. 20-1298, 2020 WL 2845694 (6th Cir. June 2, 2020). The Court denied Chapman's request, however, without prejudice to make the request again once Chapman could show that he had exhausted his administrative remedies.

On May 21, 2020, Chapman filed a Motion to Resubmit his Request for Compassionate Release (ECF No. 399). Chapman now states that he has exhausted his request by first raising it

1

with the warden at his facility. The government is therefore ordered to file a response to Chapman's request for compassionate release. The government's brief is due on or before June 19, 2020.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: June 4, 2020